52 F.3d 317
 Travelers Indemnity Company v. Marianne K. Centlivre,
Charles Devlin, Whitney Devlin, Dyetron, Inc.,
Domenico Falcone, F. C. Gapultos, Jr.,
Shirlee Haber,
V.
Janakiraman, George Kasas, Clara Kasas, Harry C. Kleinman,
Cary J. Lemkowitz, Randy S. Miland, Sangarapillai C. Mohan,
Marvin Moskowitz, Carla Moskowitz, Bharat R. Patel, Emanuel
M. Renzi, Richard Rosenberg, David Santoro, Roy Sandvig,
Pamela Sandvig, Dennis Scheumann, Sylvia Scheumann, Samuel Schwartz,
 NOS. 94-1267, 94-1337, 94-1338, 94-1339, 94-1340, 94-1341,
 94-1342, 94-1401, 94-
 United States Court of Appeals,
Third Circuit.
 Mar 16, 1995
 
 1
 Appeal From: E.D.Pa., Nos. 92-cv-00467, 92-cv-00469, 91-cv-07026, 92-cv-00807, 92-cv-03013, 92-cv-03381, 92-cv-00468, 93-cv-05954, 92-cv-04865, 92-cv-00471, 92-cv-00466, 92-cv-03013,
 
 
 2
 Giles, Shapiro, Reed, Weiner, Bartle, Yohn, Hutton, JJ.,
 
 836 F.Supp. 286
 
 3
 AFFIRMED.